# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MIKE BRIGGS,<br><br>　　　　Defendant.<br>_____/ | CASE NO. 1:11-cv-00424-LJO-SKO<br><br><br>**ORDER FOR STATUS REPORT** |

On June 3, 2011, the District Court ordered, among other things, that Defendant Mike Briggs appear at the I.R.S. offices at 2525 Capitol Street, Suite 205, Fresno, California, before Revenue Officer Evan Moses or his designated representative 21 days after the date of the June 3, 2011, order or at a later date to be set in writing by Revenue Officer Moses. (Doc. 11.)

Plaintiff is ordered to file a status report with the Court **within 10 days** after Defendant complies, or fails to comply, with the June 3, 2011, order. If Defendant complies with the order, Plaintiff shall file a recommendation regarding whether the case should be closed. If Defendant fails to comply with the June 3, 2011, order, Plaintiff shall inform the Court.

IT IS SO ORDERED.

**Dated:　June 3, 2011**　　　　　　　　　　　/s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE