1

2

3

4

5        **IN THE UNITED STATES DISTRICT COURT**

6        **FOR THE EASTERN DISTRICT OF CALIFORNIA**

7

8    UNITED STATES OF AMERICA.                    CASE NO. CV F 11-424 LJO SKO

9                    Petitioner,                  **ORDER TO STAY PROCEEDINGS**

10        v.

11
     MIKE BRIGGS,
12
                    Respondent.
13    _____/

14

15        Petitioner United States of America ("the government") initiated this enforcement action on

16    March 11, 2011 against respondent Mike Briggs ("Mr. Briggs"). The Court was notified today that Mr.

17    Briggs filed a bankruptcy action on February 18, 2011. The government moves to vacate all pending

18    dates and to stay this action. This Court finds that these proceedings are stayed as a matter of law

19    pursuant to 11 U.S.C. §362. Accordingly, and for good cause appearing, this Court:

20        1.    VACATES all pending proceedings, including July 8, 2011 show cause order and the July

21    25, 2011 show cause hearing;

22        2.    STAYS all further proceedings; and

23        3.    ORDERS the government to file a status report no later than November 14, 2011.

24    IT IS SO ORDERED.

25    **Dated:    July 12, 2011**                    **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES DISTRICT JUDGE
26

27

28

1