# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV-F-11-0424 LJO SKO |
| Petitioner, | **ORDER TO DISMISS AND CLOSE CASE** |
| vs. | |
| MIKE BRIGGS, | |
| Respondent. | |

On July 22, 2011, petitioner filed a notice of compliance in this tax summons enforcement proceeding. Based upon this notice, this Court DISMISSES this action. All dates are VACATED. The clerk is directed to CLOSE the case.

IT IS SO ORDERED.

**Dated:   July 25, 2011**                    /s/ Lawrence J. O'Neill
                                                               UNITED STATES DISTRICT JUDGE

1